UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT B. MOSES,<br><br>   Plaintiff,<br><br>   v.<br><br>MUNICIPALITY CITY OF REDDING,<br><br>   Defendant. | No. 2:18-cv-00434 MCE AC PS<br><br><br>ORDER |

Plaintiff is proceeding in this case in pro per. The proceeding has accordingly been referred to the magistrate by E.D. Cal. R. ("Local Rule") 302(c)(21).

Plaintiff has requested a 30-day extension of time to respond to defendant's motion to dismiss (ECF No. 14). ECF No. 15. Plaintiff indicates that due to "unforeseen illness, institutional lockdowns, shortage of staff, holidays," and his pro se status he has been unable to respond to defendant's motion, which he received on May 22, 2018. Id. at 1.

For good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiff's motion is GRANTED and plaintiff shall file a response to defendant's motion to dismiss within 30 days of the date of this order.

////

////

////

2. If plaintiff fails to timely comply with this order, the undersigned will construe plaintiff's failure to respond as a statement of non-opposition.

DATED: June 12, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE