UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT B. MOSES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MUNICIPALITY CITY OF REDDING,<br><br>　　　　　Defendant. | No. 2:18-cv-0434 MCE AC PS<br><br><br>ORDER |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On August 13, 2018, the Magistrate Judge filed Findings and Recommendations (ECF No. 19) herein which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty-one (21) days. Neither party filed objections to the Findings and Recommendations.

The Court has reviewed the file, and finds the Findings and Recommendations to be supported by the record and proper analysis. Accordingly, IT IS HEREBY ORDERED that:

/ / /

/ / /

/ / /

/ / /

1. The Findings and Recommendations filed August 13, 2018 (ECF No. 19) are ADOPTED in full; and

2. Defendant's Motion (ECF No. 14) is GRANTED as to Plaintiff's state tort claim, and DENIED as to Plaintiff's 42 U.S.C. § 1983 claim.

IT IS SO ORDERED.

Dated: October 23, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE