UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT B. MOSES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MUNICIPALITY CITY OF REDDING,<br><br>　　　　Defendant. | No. 2:18-cv-00434 MCE AC<br><br><br>ORDER |

Plaintiff is proceeding in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On November 13, 2019, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 34. Plaintiff has filed objections to the findings and recommendations. ECF No. 39.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 13, 2019 (ECF No. 34) are ADOPTED in full;

2. Defendant's motion for summary judgment (ECF No. 31) is GRANTED;

1

3. Plaintiff's motion for summary judgment (ECF No. 32) is DENIED; and

4. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

DATED: February 5, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE